1  MICHAEL COSENTINO, ESQ., State Bar No. 8325  FILED
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501                           08 JUL -7 PM 12: 45
3  Telephone: (510) 523-4702
                                                RICHARD W. WIEKING
4  Attorney for Plaintiff                       CLERK. U.S. DISTRICT COURT
   United States of America                     NORTHERN DISTRICT OF CALIFORNIA
5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,
                                                NO. C07-4567 SLM
12                   Plaintiff,

13        v.                                    REQUEST TO ENTER DEFAULT

14 Victoria Acosta aka Vicki A. Coyle

15                   Defendant(s).
                                           /
16

17 To:   Richard W. Wieking, Clerk
         United States District Court
18       Northern District of California

19        PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise

20 defend.

21

22 DATED: June 26, 2008              By: _____
                                         MICHAEL COSENTINO
23                                       Attorney for Plaintiff

24

25

26

27

28